COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-14-00186-CV

Style:      Lloyd Gilliam and Carolyn Gilliam et al

     **v** Santa Fe Independent School District

Date motion filed[*]:      July 2, 2015

Type of motion:      Motion to substitute counsel

Party filing motion:      Appellants, Lloyd and Carolyn Gilliam

Document to be filed:      

Is appeal accelerated?      No

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

    **The Clerk of this Court is ordered to substitute Iain G. Simpson for Rachaelle Reynolds as the appellants, Lloyd and Carolyn Gilliam, counsel of record.** *See* **TEX. R. APP. P. 6.5(d).**

Judge's signature: _/s/ Chief Justice Sherry Radack

        ☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: August 4, 2015